EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Rodolfo Cobas Mondríguez | 2020 TSPR 88<br><br>204 DPR _____ |

Número del Caso:  TS-10,598


Fecha:  21 de agosto de 2020


Abogados de la parte peticionaria:

　　　　Por Derecho Propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rodolfo Cobas Mondríguez

TS- 10,598

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 agosto de 2020.

Examinada la *Moción Informativa y/o en Cumplimiento de Orden* presentada por el Sr. Rodolfo Cobas Mondríguez el 11 de agosto de 2020, damos por cumplida la orden emitida en la Resolución de 15 de julio de 2020.

En cuanto a su *Solicitud de Reinstalación* presentada el 6 de julio de 2020, se provee ha lugar. En consecuencia, se reinstala al Sr. Rodolfo Cobas Mondríguez al ejercicio de la abogacía.

Se le apercibe al señor Cobas Mondríguez que deberá dar fiel y estricto cumplimiento a las órdenes que emitan los tribunales, así como a los requerimientos de nuestros brazos operacionales, incluyendo la Oficina de Inspección de Notarías (ODIN) y el Programa de Educación Jurídica Continua (PEJC). De volver a incumplir con alguna orden o requerimiento, no seremos tan benévolos.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo